AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

Disability Rights South Carolina, Able South Carolina, Amanda McDougald Scott, individually and on behalf of P.S. a minor; Michelle Finney, individually and on behalf of M.F., a minor; Lyudmyla Tsykalova, individually and on behalf of M.A., a minor; Emily Poetz, individually and on behalf of  L.P., a minor; Samantha Boevers, individually and on behalf of P.B., a minor; Tamica Grant, individually and on behalf of E.G., a minor; Christine Copeland, individually and on behalf of L.C., a minor; Heather Price individually and on behalf of H.P., a minor; ad Cathy Littleton individually and on behalf of Q.L., a minor.

*Plaintiff(s)*

v.

Henry McMaster, in his official capacity as Governor of South Carolina, Alan Wilson, in his official capacity as Attorney General of South Carolina; Molly Spearman, in her official capacity as State Superintendent of Education; Greenville County School Board; Horry County School Board; Lexington County School Board One; Oconee County School Board; Dorchester County School Board Two; Charleston County School Board; and Pickens County School Board.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  3:21-02728-JMC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Pickens County School Board

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Allen Chaney
American Civil Liberties Union of South Carolina
P.O. Box 20998
Charleston, SC 29413

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date:  8/24/2021

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc: