# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| DISABILITY RIGHTS SOUTH CAROLINA, ABLE SOUTH CAROLINA, AMANDA McDOUGALD SCOTT, individually and on behalf of P.S., a minor; MICHELLE FINNEY, individually and on behalf of M.F., a minor; LYUDMYLA TSYKALOVA, individually and on behalf of M.A., a minor; EMILY POETZ, individually and on behalf of L.P., a minor; SAMANTHA BOEVERS, individually and behalf of P.B., a minor; TIMICIA GRANT, individually and on behalf of E.G., a minor; CHRISTINE COPELAND, individually and on behalf of L.C., a minor; HEATHER PRICE, individually and on behalf of H.P., a minor; and CATHY LITTLETON, individually and on behalf of Q.L., a minor,<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>HENRY McMASTER, in his official capacity as Governor of South Carolina; ALAN WILSON, in his official capacity as Attorney General of South Carolina; MOLLY SPEARMAN, in her official capacity as State Superintendent of Education; GREENVILLE COUNTY SCHOOL BOARD; HORRY COUNTY SCHOOL BOARD; LEXINGTON COUNTY SCHOOL BOARD ONE; OCONEE COUNTY SCHOOL BOARD; DORCHESTER COUNTY SCHOOL BOARD TWO; CHARLESON COUNTY SCHOOL BOARD; and PICKENS COUNTY SCHOOL BOARD,<br><br>　　　　　*Defendants*. | Case No. 3:21-cv-02728-MGL<br><br><br><br><br><br>**PLAINTIFFS' MOTION TO AMEND CASE CAPTION TO CORRECT SPELLING OF INDIVIDUAL PLAINTIFF "TAMICA GRANT" TO "TIMICIA GRANT"** |

Plaintiffs Disability Rights South Carolina, Able South Carolina, Amanda McDougald Scott, individually and on behalf of P.S., a minor; Michelle Finney, individually and on behalf of M.F., a minor; Lyudmyla Tsykalova, individually and on behalf of M.A., a minor; Emily Poetz, individually and on behalf of L.P., a minor; Samantha Boevers, individually and behalf of P.B., a minor; Timicia Grant, individually and on behalf of E.G., a minor; Christine Copeland, individually and on behalf of L.C., a minor; Heather Price, individually and on behalf of H.P., a minor; and Cathy Littleton, individually and on behalf of Q.L., a minor (collectively, "Plaintiffs") hereby move this Court, pursuant to Rule 15(a)(2), Fed. R. Civ. P., for leave to amend the case caption to correct the spelling of Plaintiff Timicia Grant, who was improperly identified as Tamica Grant in the Complaint filed on August 24, 2021, at ECF No. 1. References to Tamica Grant are in the case caption and Paragraph Nos. 15 and 75 of the Complaint. Plaintiffs request that the correction apply to all references to Ms. Grant.

Respectfully submitted,

**WYCHE, P.A.**

s/*Rita Bolt Barker*
Rita Bolt Barker
Federal Bar No. 10566
200 East Camperdown Way
Greenville, SC 29601
T: (864) 242-8235 | Fax: (864) 235-8900
E: rbarker@wyche.com

**AMERICAN CIVIL LIBERTIES UNION OF SOUTH CAROLINA**

Allen Chaney
Federal Bar No. 13181
P.O. Box 20998
Charleston, SC 29413
T: (843) 282-7953
E: achaney@aclusc.org

**SOUTH CAROLINA APPLESEED LEGAL JUSTICE CENTER**

Adam Protheroe
Federal Bar No. 11033
P.O. Box 7187
Columbia, SC 29202
T: (803) 816-0607 | Fax: (803) 779-5951
adam@scjustice.org

**DISABILITY RIGHTS SOUTH CAROLINA**

B. Randall Dong (Fed. Ct. ID 5989)
Anna Maria Conner (Fed. Ct. ID 5532)
Amanda C. Hess (Fed. Ct. ID 10303)
3710 Landmark Dr., Suite 208
Columbia, SC 29204
T: (803) 782-0639
dong@disabilityrightssc.org
conner@disabilityrightssc.org
hess@disabilityrightssc.org

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

Louise Melling*
125 Broad St.
New York, NY 10004
T: (212) 549-2637
E: lmelling@aclu.org

Susan Mizner*
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-0781
E: smizner@aclu.org

**ARNOLD & PORTER KAYE SCHOLER LLP**

John A. Freedman*
601 Massachusetts Ave, NW
Washington, DC 20001
T: 202.942.5316
E: john.freedman@arnoldporter.com

*Motion to proceed *pro hac vice* forthcoming

***Attorneys for the Plaintiffs***

Date: August 25, 2021
Greenville, South Carolina