## DECLARATION OF MICHELLE FINNEY

*I, Michelle Finney, certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C § 1746.*

1. My name is Michelle Finney. I reside at 103 Chelsea Court Summerville, South Carolina 29485.

2. My son, M.F., is 16-years-old and has received his first COVID-19 vaccine shot. He receives his second shot on Thursday August 26, 2021. M.F. wears a mask.

3. M.F. suffers from a genetic disease called Renpenning Syndrome, which is a rare disorder that causes developmental delay, moderate to severe intellectual disability, and distinctive physical features and anatomical anomalies.

4. M.F. is enrolled at Summerville High School in the Dorchester County School District.

5. M.F. has an IEP and attends special needs classes due to his condition.

6. Renpenning Syndrome is exceedingly rare and there are no known published studies relating it to COVID-19. But due to M.F.'s condition, he is at high risk of swelling around his heart and lungs and his body is generally immunocompromised and lacks the ability to fight off infection and disease. For these reasons, M.F.'s doctors have advised that he must be especially careful during the COVID-19 pandemic.

7. My son's school does not have a mask mandate because of Budget Proviso 1.108.

8. Dorchester County School District started classes on August 16, 2021. After one week of school, the district is reporting 324 current COVID-19 infections amongst students, with 771 students in quarantine.[1] Additionally, three staff members in the district have died from COVID-19—including a coach at my son's school.

9. Because of M.F.'s vulnerabilities to infection and the district's failure to follow CDC and DHEC guidance on masking, I have temporarily removed my son from school.

10. Without access to public schooling, M.F. will miss out on many necessary services and invaluable social learning opportunities.

11. I believe that if everyone was wearing a mask and the school was following the guidance and recommendations from the CDC and SC DHEC, my son could safely attend school at Summerville High School.

---

[1] https://www.ddtwo.org/covid

1

Under penalty of perjury, I, Michelle Finney, declare that the above is true and correct.

*Michelle Finney* 8/26/21
Michelle Finney (Aug 23, 2021 15:14 EDT)

Michelle Finney
103 Chelsea Court
Summerville, SC 29485
(843) 303-6622
finneymichelle@gmail.com

Dated this 23rd day of August, 2021

# Finny Declaration (V2)

Final Audit Report                                                                 2021-08-23

| | |
|---|---|
| Created: | 2021-08-23 |
| By: | David Chaney (allen@chaneylegalservices.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAf8m8W5bro_N2BDBKy22Rm1vSqPbIlmhC |

## "Finny Declaration (V2)" History

- Document created by David Chaney (allen@chaneylegalservices.com)
  2021-08-23 - 6:41:43 PM GMT- IP address: 24.241.122.253

- Document emailed to MIchelle Finney (finneymichelle@gmail.com) for signature
  2021-08-23 - 6:42:39 PM GMT

- Email viewed by MIchelle Finney (finneymichelle@gmail.com)
  2021-08-23 - 7:10:24 PM GMT- IP address: 66.102.8.11

- Document e-signed by MIchelle Finney (finneymichelle@gmail.com)
  Signature Date: 2021-08-23 - 7:14:57 PM GMT - Time Source: server- IP address: 172.75.37.218

- Agreement completed.
  2021-08-23 - 7:14:57 PM GMT

Adobe Sign