# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT SOUTH CAROLINA
### Columbia Division

| | |
|---|---|
| DISABILITY RIGHTS SOUTH CAROLINA, ABLE SOUTH CAROLINA, AMANDA McDOUGALD SCOTT, individually and on behalf of P.S., a minor; MICHELLE FINNEY, individually and on behalf of M.F., a minor; LYUDMYLA TSYKALOVA, individually and on behalf of M.A., a minor; EMILY POETZ, individually and on behalf of L.P., a minor; SAMANTHA BOEVERS, individually and behalf of P.B., a minor; TAMICA GRANT, individually and on behalf of E.G. a minor; CHRISTINE COPELAND individually and on behalf of L.C. a minor; HEATHER PRICE individually and on behalf of H.P. a minor; and CATHY LITTLETON individually and on behalf of Q.L. a minor, <br><br> *Plaintiffs*, <br><br> v. <br><br><br> HENRY McMASTER, in his official capacity as Governor of South Carolina; ALAN WILSON, in his official capacity as Attorney General of South Carolina; MOLLY SPEARMAN, in her official capacity as State Superintendent of Education; GREENVILLE COUNTY SCHOOL BOARD; HORRY COUNTY SCHOOL BOARD; LEXINGTON COUNTY SCHOOL BOARD ONE; OCONEE COUNTY SCHOOL BOARD; DORCHESTER COUNTY SCHOOL BOARD TWO; CHARLESON COUNTY SCHOOL BOARD; and PICKENS COUNTY SCHOOL BOARD, <br><br> *Defendants*. | Case No. 3:21-cv-02728-MGL <br><br><br><br><br> **Application/Affidavit for** *Pro Hac Vice* **Admission** |

(1) Name. _Tara_ _Lynn_ _Williamson_
  First    Middle    Last

(2) Residence. I reside in the following state: _Maryland_
 If a South Carolina resident, indicate months/years of residence: ____

(3) Business Address. I am an attorney and practice law under the name of or as a member of the following firm:

 Firm name: _Arnold & Porter Kaye Scholer LLP_
 Mailing address: _601 Massachusetts Ave., NW_  City/State/Zip _Washington, DC 20001_
 Telephone number: _202-942-6034_
 Facsimile number: _202-942-5999_
 E-mail address: _tara.williamson@arnoldporter.com_
 (Application will not be considered without an e-mail address to receive electronic notification.)

(4) Jurisdiction of this Court. I, by execution of this Application and Affidavit, consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all applicable federal statutes, laws, and rules, including Local Rules of the United States District Court for the District of South Carolina (particularly, Local Civil Rule 83.I.08 and/or Local Criminal Rule 57.I.08). I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.[1]

(5) Regular Practice of Law. I am a member in good standing of the bar of the highest court of the District of Columbia where I regularly practice law. **Attached is my certificate of good standing.**

(6) Additional Bar Membership. I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

| Court | Date Admitted | Good Standing |
|---|---|---|
| District of Columbia | 9/9/2011 | ☒Yes ☐No |
| Maryland | 12/16/2010 | ☒Yes ☐No |
| Maryland District Court | 9/23/2015 | ☒Yes ☐No |
| Eastern District of Texas | 4/17/2015 | ☒Yes ☐No |

---

[1]This District maintains a web site (www.scd.uscourts.gov) from which the federal and local rules of procedure and related materials may be obtained.

(7) Pending Disciplinary Matters. Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures? ............................................................. ☐ Yes ☒ No
(If "yes," give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

_____
_____

(8) Curtailment of Prior *Pro Hac Vice* Admissions. Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?
☐ Yes ☒ No
(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

_____
_____

(9) Sanctions. Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction?
☐ Yes ☒ No
(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)

_____
_____

(10) Criminal Sanctions. Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?
☐ Yes ☒ No
(If "yes," give particulars, such as date, court, judge, circumstances, and ultimate disposition.)

_____
_____

(11) Present and Previous *Pro Hac Vice* in this Court. Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina?
☐ Yes ☒ No
(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

_____
_____

(12) Designated Local Counsel. Local counsel of record associated with Applicant in this case is:
Attorney Name: __Allen Chaney__
Firm Name: __American Civil Liberties Union of South Carolina__
Street Address or Post Office Box: __P.O. Box 20998__
City, State, and Zip Code: __Charleston, SC 29413__
Telephone Number: __843-282-7953__
E-Mail Address: __achaney@aclusc.org__
I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all

pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06 or Local Criminal Rules 57.I.04, 57.I.05, and 57.I.06 as appropriate. Local counsel of record may attend discovery proceedings.

(13) Associated Counsel. In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.
  Rita Bolt-Barker (Federal Bar No. 10566)
  Adam Protheroe (Federal Bar No. 11033)
  B. Randall Dong (Fed. Ct. ID 5989)
  Anna Maria Conner (Fed. Ct. ID 5532)
  Amanda C. Hess (Fed. Ct. ID 10303)
  John Freedman (motion for *pro hac vice* forthcoming)
  Louise Melling (motion for *pro hac vice* forthcoming)
  Susan Mitzner (motion for *pro hac vice* forthcoming)

(14) Application Fee. I affirm that the application fee of three hundred and fifty dollars ($350) has been paid in accordance with Local Civil Rule 83.I.05 or Local Criminal Rule 57.I.05 or paid herewith.

(15) Electronic Notification. By submitting this application, I consent to electronic notification.

(16) Represented Party/Parties. I seek to represent the following party/parties:

  DISABILITY RIGHTS SOUTH CAROLINA
  ABLE SOUTH CAROLINA
  AMANDA McDOUGALD SCOTT, individually and on behalf of P.S., a minor
  MICHELLE FINNEY, individually and on behalf of M.F., a minor
  LYUDMYLA TSYKALOVA, individually and on behalf of M.A., a minor
  EMILY POETZ, individually and on behalf of L.P., a minor
  SAMANTHA BOEVERS, individually and behalf of P.B., a minor
  TAMICA GRANT, individually and on behalf of E.G. a minor
  CHRISTINE COPELAND individually and on behalf of L.C. a minor
  HEATHER PRICE individually and on behalf of H.P. a minor
  CATHY LITTLETON individually and on behalf of Q.L. a minor

(17) I certify that I have read Local Civil Rule 30.04 regarding the conduct of depositions.

Signature of Applicant

Sworn to and subscribed before me
this 30th day of August, 2021.

A Notary Public
of the State of Maryland

My Commission expires:

Noya Gaye Dobson
Notary Public
Prince George's County
Maryland
My Commission Expires 11/15/2023

Revised 08/15/2020          Page 4 of 4