IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| DISABILITY RIGHTS SOUTH CAROLINA, ABLE SOUTH CAROLINA, AMANDA McDOUGALD SCOTT, individually and on behalf of P.S., a minor; MICHELLE FINNEY, individually and on behalf of M.F., a minor; LYUDMYLA TSYKALOVA, individually and on behalf of M.A., a minor; EMILY POETZ, individually and on behalf of L.P., a minor; SAMANTHA BOEVERS, individually and on behalf of P.B., a minor; TAMICA GRANT, individually and on behalf of E.G., a minor; CHRISTINE COPELAND, individually and on behalf of L.C., a minor; HEATHER PRICE, individually and on behalf of H.P., a minor; and CATHY LITTLETON, individually and on behalf of Q.L. a minor, <br><br> Plaintiffs, <br> v. <br><br> HENRY McMASTER, in his official capacity as Governor of South Carolina; ALAN WILSON, in his official capacity as Attorney General of South Carolina; MOLLY SPEARMAN, in her official capacity as State Superintendent of Education; GREENVILLE COUNTY SCHOOL BOARD; HORRY COUNTY SCHOOL BOARD; LEXINGTON COUNTY SCHOOL BOARD ONE; OCONEE COUNTY SCHOOL BOARD; DORCHESTER COUNTY SCHOOL BOARD TWO; CHARLESTON COUNTY SCHOOL BOARD; and PICKENS COUNTY SCHOOL BOARD, <br><br> Defendants. | Case No. 3:21-cv-02728-MGL <br><br><br><br><br><br><br><br> **DEFENDANT MOLLY SPEARMAN'S ANSWERS TO LOCAL CIVIL RULE 26.01 INTERROGATORIES** |

Defendant Molly Spearman, ["Spearman"], pursuant to the District of South Carolina Local Civil Rule 26.01, hereby sets forth her responses to the Local Civil Rule 26.01 Interrogatories and shows the Court as follows:

(A)    State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**RESPONSE: None.**

(B)    As to each claim, state whether it should be tried jury or nonjury and why.

**RESPONSE: Plaintiffs seek equitable relief in their Complaint, which involves claims that should be tried nonjury.**

(C)    State whether the party submitting these responses is a publicly-owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner or affiliate; (2) each publicly owned company which owns 10% or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**RESPONSE: Not applicable.**

(D)    State the basis for asserting the claim in the division in which it was filed (or the basis for any challenge to the appropriateness of the division).

**RESPONSE: Defendant Spearman does not challenge the appropriateness of the division in which Plaintiffs have filed their claims.**

(E)    Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal?

**RESPONSE: No.**

(F)    [*Defendants only.*]  If the Defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**RESPONSE: Not applicable.**

(G)    [*Defendants only.*]  If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter,

2

identify such person or entity and describe the basis of said liability.

**RESPONSE: Unknown/not applicable at this time. Defendant Spearman would reserve the right to supplement this and any other Response, if necessary, at an appropriate time.**

        Cathy L. Hazelwood (Fed I.D. #5605)
        State Superintendent of Legal Affairs
        **SOUTH CAROLINA DEPARTMENT OF EDUCATION**
        1429 Senate Street, Suite 1015(A)
        Columbia, South Carolina 29201
        Email: chazelwood@ed.sc.gov
        Telephone: (803) 734-8218

and

*s/Leslie A. Cotter, Jr.*
Leslie A. Cotter, Jr. (Fed I.D. #320)
**RICHARDSON PLOWDEN & ROBINSON, P.A.**
P.O. Drawer 7788
Columbia, South Carolina 29202
Email: lcotter@richardsonplowden.com
Telephone: (803) 771-4400

ATTORNEYS FOR DEFENDANT MOLLY SPEARMAN, in her official capacity as State Superintendent of Education

Columbia, South Carolina
September 1, 2021