# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| DISABILITY RIGHTS SOUTH CAROLINA; ABLE SOUTH CAROLINA; AMANDA McDOUGALD SCOTT, individually and on behalf of P.S., a minor; MICHELLE FINNEY, individually and on behalf of M.F., a minor; LYUDMYLA TSYKALOVA, individually and on behalf of M.A., a minor; EMILY POETZ, individually and on behalf of L.P., a minor; SAMANTHA BOEVERS, individually and on behalf of P.B., a minor; TIMICIA GRANT, individually and on behalf of E.G., a minor; CHRISTINE COPELAND individually and on behalf of L.C., a minor; HEATHER PRICE, individually and on behalf of H.P., a minor; and CATHY LITTLEJOHN, individually and on behalf of Q.L., a minor, <br><br>   *Plaintiffs*, <br><br>v. <br><br>HENRY McMASTER, in his official capacity as Governor of the State of South Carolina; and ALAN WILSON, in his official capacity as Attorney General of South Carolina; MOLLY SPEARMAN, in her official capacity as State Superintend of Education; GREENVILLE COUNTY SCHOOL BOARD; HORRY COUNTY SCHOOL BOARD; LEXINGTON COUNTY SCHOOL BOARD ONE; OCONEE COUNTY SCHOOL BOARD; DORCHESTER COUNTY SCHOOL BOARD TWO; CHARLESTON COUNTY SCHOOL BOARD; and PICKENS COUNTY SCHOOL BOARD, <br><br>   *Defendants*. | Civil Action No.: 3:21-cv-2728-MGL <br><br><br><br><br><br><br><br><br><br>**NOTICE OF APPEAL** <br>**(Governor McMaster and Attorney General Wilson)** |

Pursuant to Rule 3(b)(1) of the Federal Rules of Appellate Procedure, notice is hereby given that Defendants Henry McMaster, in his official capacity as Governor of the State of South Carolina ("Governor McMaster"), and Alan Wilson, in his official capacity as Attorney General

of South Carolina ("Attorney General Wilson"), hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and Order Granting Plaintiffs' Motions for a Temporary Restraining Order and a Preliminary Injunction entered in the above-captioned action on September 28, 2021 (ECF No. 80).

    Respectfully submitted,

    s/Thomas A. Limehouse, Jr.
    Thomas A. Limehouse, Jr. (Fed. Bar No. 12148)
    *Chief Legal Counsel*
    Wm. Grayson Lambert (Fed. Bar No. 11761)
    *Senior Legal Counsel*
    Michael G. Shedd (Fed. Bar No. 13314)
    *Deputy Legal Counsel*
    OFFICE OF THE GOVERNOR
    South Carolina State House
    1100 Gervais Street
    Columbia, South Carolina 29201
    (803) 734-2100
    tlimehouse@governor.sc.gov
    glambert@governor.sc.gov
    mshedd@governor.sc.gov

    *Counsel for Governor McMaster*

    s/J. Emory Smith, Jr.
    Alan Wilson
    *Attorney General*
    Robert D. Cook
    *Solicitor General*
    J. Emory Smith, Jr.
    *Deputy Solicitor General*
    OFFICE OF THE ATTORNEY GENERAL
    P.O. Box 11549
    Columbia, South Carolina 29211
    (803) 734-3680
    rcook@scag.gov
    esmith@scag.gov

    *Counsel for Attorney General Wilson*

September 29, 2021
Columbia, South Carolina