# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| DISABILITY RIGHTS SOUTH CAROLINA, ABLE SOUTH CAROLINA, AMANDA McDOUGALD SCOTT, individually and on behalf of P.S., a minor; MICHELLE FINNEY, individually and on behalf of M.F., a minor; LYUDMYLA TSYKALOVA, individually and on behalf of M.A., a minor; EMILY POETZ, individually and on behalf of L.P., a minor; SAMANTHA BOEVERS, individually and behalf of P.B., a minor; TIMICIA GRANT, individually and on behalf of E.G., a minor; CHRISTINE COPELAND, individually and on behalf of L.C., a minor; HEATHER PRICE, individually and on behalf of H.P., a minor; and CATHY LITTLETON, individually and on behalf of Q.L., a minor, <br><br> *Plaintiffs*, <br><br> v. <br><br> HENRY McMASTER, in his official capacity as Governor of South Carolina; ALAN WILSON, in his official capacity as Attorney General of South Carolina; MOLLY SPEARMAN, in her official capacity as State Superintendent of Education; GREENVILLE COUNTY SCHOOL DISTRICT; HORRY COUNTY SCHOOL DISTRICT; LEXINGTON COUNTY SCHOOL DISTRICT ONE; OCONEE COUNTY SCHOOL DISTRICT; DORCHESTER COUNTY SCHOOL DISTRICT TWO; CHARLESTON COUNTY SCHOOL DISTRICT; and PICKENS COUNTY SCHOOL DISTRICT, <br><br> *Defendants*. | Case No. 3:21-cv-02728-MGL <br><br><br><br><br><br><br><br> **CONSENT MOTION TO STAY CONFERENCE AND SCHEDULING ORDER DEADLINES AND PENDING BRIEFING DEADLINES** |

On November 8, 2021, counsel for the parties held a Rule 26(f) Conference, during which all parties agreed to ask the Court to stay the remaining deadlines set forth in the Conference and Scheduling Order as well as all pending briefing deadlines in light of Defendants Henry McMaster and Alan Wilson's appeal of the Court's Order Granting Plaintiffs' Motion for Preliminary Injunction (Dkt. No. 80) to the Fourth Circuit Court of Appeals, Case No. 21-2070, until the Fourth Circuit has ruled on the appeal. A stay of these deadlines will conserve judicial resources and allow the parties to determine the relevant scope of discovery.

Accordingly, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 6.01, the parties respectfully move this Court for a stay of the following deadlines:

a. all remaining deadlines set forth in the Conference and Scheduling Order (Dkt. No. 104);

b. the deadline for Plaintiffs' Response to Defendant Alan Wilson's Motion to Dismiss (Dkt. No. 113) and Defendant Wilson's Reply; and

c. the deadline for Defendant Henry McMaster's Reply to Plaintiffs' Response in Opposition to Defendant McMaster's Motion to Dismiss (Dkt. No. 116).

Upon resolution of the State Defendants' appeal of the Court's Order, the parties will confer and submit a new proposed schedule for the deadlines above.

November 10, 2021

Respectfully submitted,

**WE SO MOVE:**

**WYCHE, P.A.**

s/*Rita Bolt Barker*
Rita Bolt Barker
Federal Bar No. 10566
200 East Camperdown Way

2

Greenville, SC 29601
T: (864) 242-8235 | Fax: (864) 235-8900
E: rbarker@wyche.com

**AMERICAN CIVIL LIBERTIES UNION OF SOUTH CAROLINA**

Allen Chaney
Federal Bar No. 13181
P.O. Box 20998
Charleston, SC 29413
T: (843) 282-7953
E: achaney@aclusc.org


**SOUTH CAROLINA APPLESEED LEGAL JUSTICE CENTER**

Adam Protheroe
Federal Bar No. 11033
P.O. Box 7187
Columbia, SC 29202
T: (803) 816-0607 | Fax: (803) 779-5951
adam@scjustice.org


**DISABILITY RIGHTS SOUTH CAROLINA**

B. Randall Dong (Fed. Ct. ID 5989)
Anna Maria Conner (Fed. Ct. ID 5532)
Amanda C. Hess (Fed. Ct. ID 10303)
3710 Landmark Dr., Suite 208
Columbia, SC 29204
T: (803) 782-0639
dong@disabilityrightssc.org
conner@disabilityrightssc.org
hess@disabilityrightssc.org


**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

Louise Melling*
125 Broad St.
New York, NY 10004
T: (212) 549-2637
E: lmelling@aclu.org

3

Susan Mizner*
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-0781
E: smizner@aclu.org


**ARNOLD & PORTER KAYE SCHOLER LLP**

John A. Freedman*
601 Massachusetts Ave, NW
Washington, DC 20001
T: 202.942.5316
E: john.freedman@arnoldporter.com
*Motion to proceed *pro hac vice* forthcoming

*Attorneys for the Plaintiffs*


**WE SO CONSENT**:

s/*Cathy L. Hazelwood*
Cathy L. Hazelwood (Fed I.D. #5605)
Deputy Superintendent of Legal Affairs
**SOUTH CAROLINA DEPARTMENT OF EDUCATION**
1429 Senate Street, Suite 1015(A)
Columbia, South Carolina 29201
Email: chazelwood@ed.sc.gov
Telephone: (803) 734-8218

and

*s/Leslie A. Cotter, Jr.*
Leslie A. Cotter, Jr. (Fed I.D. #320)
**RICHARDSON PLOWDEN & ROBINSON, P.A.**
P.O. Drawer 7788
Columbia, South Carolina 29202
Email: lcotter@richardsonplowden.com
Telephone: (803) 771-4400

**ATTORNEYS FOR DEFENDANT MOLLY SPEARMAN, in her official capacity as State Superintendent of Education**

s/ *J. Emory Smith, Jr.*
J. EMORY SMITH, JR.
Deputy Solicitor General
Federal ID No. 3908
Email: ESmith@scag.gov

ALAN WILSON
Attorney General
Federal ID No.10457

ROBERT D. COOK
Solicitor General
Federal ID No. 285
Email: RCook@scag.gov

Thomas T. Hydrick
Assistant Deputy Attorney General
Federal ID No. 13322
Email:  ThomasHydrick@scag.gov

**Counsel for Defendant Wilson**


s/*Wm. Grayson Lambert*
Thomas A. Limehouse, Jr. (Fed. Bar No. 12148)
*Chief Legal Counsel*
Wm. Grayson Lambert (Fed. Bar No. 11761)
*Senior Legal Counsel*
Michael G. Shedd (Fed. Bar No. 13314)
*Deputy Legal Counsel*
OFFICE OF THE GOVERNOR
South Carolina State House
1100 Gervais Street
Columbia, South Carolina 29201
(803) 734-2100
tlimehouse@governor.sc.gov
glambert@governor.sc.gov
mshedd@governor.sc.gov

**Counsel for Governor Henry McMaster**

  s/*John M. Reagle*
John M. Reagle, Fed. I.D. No. 7723
jreagle@hmwlegal.com
Thomas K. Barlow, Fed. I.D. No. 7483
tbarlow@hmwlegal.com
Allison Aiken Hanna, Fed I.D. No. 7173
ahanna@hmwlegal.com
HALLIGAN MAHONEY WILLIAMS SMITH
FAWLEY & REAGLE, PA
P.O. Box 11367
Columbia, South Carolina 29211
(803) 254-4035

***Attorneys for Defendants Greenville County School District,***
***Horry County School District, Oconee County School District***
***Dorchester County School District Two, Charleston County School District***
***Pickens County School District***


s/*David N. Lyon*
David T. Duff (FED ID #623)
David N. Lyon (FED ID #12095)
DUFF, FREEMAN, LYON, LLC
P.O. Box 1486
Columbia, SC 29202
Telephone: (803) 790-0603
Facsimile: (803) 790-0605
Email: dduff@dfl-lawfirm.com
Email: dlyon@dfl-lawfirm.com

***Attorneys for Lexington County School District One***