# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | | |
|---|---|---|
| DISABILITY RIGHTS SOUTH CAROLINA; ABLE SOUTH CAROLINA; AMANDA McDOUGALD SCOTT, *individually and on behalf of P.S., a minor*; MICHELLE FINNEY, *individually and on behalf of M.F., a minor*; LYUDMYLA TSKALOVA, *individually and on behalf of M.A., a minor*; EMILY POETZ, *individually and on behalf of L.P., a minor*; SAMANTHA BOEVERS, *individually and on behalf of P.B., a minor*; TIMICIA GRANT, *individually and on behalf of E.G., a minor*; CHRISTINE COPELAND, *individually and on behalf of L.C., a minor*; HEATHER PRICE, *individually and on behalf of H.P., a minor*; and CATHY LITTLETON, *individually and on behalf of Q.L., a minor*, <br>    Plaintiffs, <br><br>vs.<br><br>HENRY McMASTER, *in his official capacity as Governor of the State of South Carolina*; ALAN WILSON, *in his official capacity as Attorney General of South Carolina*; MOLLY SPEARMAN, *in her official capacity as State Superintendent of Education*; GREENVILLE COUNTY SCHOOL DISTRICT; HORRY COUNTY SCHOOL DISTRICT; LEXINGTON COUNTY SCHOOL DISTRICT ONE; OCONEE COUNTY SCHOOL DISTRICT; DORCHESTER COUNTY SCHOOL DISTRICT TWO; CHARLESTON COUNTY SCHOOL DISTRICT; and PICKENS COUNTY SCHOOL DISTRICT, <br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No.: 3:21-02728-MGL |

## ORDER DISMISSING GOVERNOR McMASTER AND AG WILSON

2

In *Disability Rights South Carolina v. McMaster*, 24 F.4th 893 (4th Cir. 2022), the Fourth Circuit vacated the Court's September 28, 2021, Order granting Plaintiffs' motions for a temporary restraining order and a preliminary injunction as it relates to Defendants Henry McMaster (McMaster), in his official capacity as Governor of the State of South Carolina, and Alan Wilson (Wilson), in his official capacity as Attorney General of South Carolina.  It also remanded the action to this Court with instructions to dismiss Plaintiffs' claims against those two for lack of standing.  Therefore, Plaintiffs' claims against McMaster and Wilson are dismissed for lack of standing.

**IT IS SO ORDERED.**

Signed this 2nd day of March 2022, in Columbia, South Carolina.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE