IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| DISABILITY RIGHTS SOUTH CAROLINA, ABLE SOUTH CAROLINA, AMANDA McDOUGALD SCOTT, individually and on behalf of P.S., a minor; MICHELLE FINNEY, individually and on behalf of M.F., a minor; EMILY POETZ, individually and on behalf of L.P., a minor; SAMANTHA BOEVERS, individually and on behalf of P.B., a minor; TIMICIA GRANT, individually and on behalf of E.G., a minor; CHRISTINE COPELAND, individually and on behalf of L.C., a minor; HEATHER PRICE, individually and on behalf of H.P., a minor; and CATHY LITTLETON, individually and on behalf of Q.L., a minor,<br><br>       Plaintiffs,<br><br>vs.<br><br>MOLLY SPEARMAN, in her official capacity as State Superintendent of Education; GREENVILLE COUNTY SCHOOL DISTRICT; HORRY COUNTY SCHOOL DISTRICT; LEXINGTON COUNTY SCHOOL DISTRICT ONE; OCONEE COUNTY SCHOOL DISTRICT; DORCHESTER COUNTY SCHOOL DISTRICT TWO; CHARLESTON COUNTY SCHOOL DISTRICT; and PICKENS COUNTY SCHOOL DISTRICT,<br><br>       Defendants. | C.A. No. 3:21-cv-02728-MGL<br><br><br><br><br>**CONSENT MOTION TO AMEND SCHEDULING ORDER** |

By Text Order (Dkt. No. 124), the Court directed the parties to confer and submit a proposed amended scheduling order in this matter to the Court. The parties conferred on March 8, 2022, and hereby submit the attached Proposed First Amended Conference and Scheduling Order. This case schedule reflects the parties' determination than an initial period of five months for settlement discussions and potential early mediation is appropriate and consistent with Rule 1, Fed. R. Civ. P., to facilitate resolution and disposition of this case.

WE SO MOVE AND CONSENT:

**HALLIGAN MAHONEY WILLIAMS SMITH FAWLEY & REAGLE, PA**

*s/John M. Reagle*
John M. Reagle, Fed I.D. No. 7723
jreagle@hmwlegal.com

Thomas K. Barlow, Fed. I.D. No. 7483
tbarlow@hmwlegal.com

Allison Aiken Hanna, Fed I.D. No. 7173
ahanna@hmwlegal.com

P.O. Box 11367
Columbia, South Carolina 29211
(803) 254-4035

*Attorneys for Defendants Greenville County School District, Horry County School District, Oconee County School District, Dorchester County School District Two, Charleston County School District, Pickens County School District*

**DUFF, FREEMAN, LYON, LLC**

*s/David N. Lyon*
David T. Duff (FED ID #623)
dduff@dfl-lawfirm.com

David N. Lyon (FED ID # 12095)
dlyon@dfl-lawfirm.com

P.O. Box 1486

Columbia, SC 29202
Telephone: (803) 790-0603
Facsimile: (803) 790-0605

*Attorneys for Lexington County School District One*

**WYCHE, P.A.**

*s/Rita Bolt Barker*
Rita Bolt Barker, Federal Bar No. 10566
rbarker@wyche.com

200 East Camperdown Way
Greenville, SC 29601
T: (864)242-8235 |Fax: (864) 235-8900

**AMERICAN CIVIL LIBERTIES UNION OF SOUTH CAROLINA**

*s/Allen Chaney*
Allen Chaney
Federal Bar No. 13181
P.O. Box 20998
Charleston, SC 29413
T: (843)-282-7953
E: achaney@aclusc.org

*Attorneys for Plaintiffs*

**RICHARDSON PLOWDEN & ROBINSON, P.A.**

*s/Leslie A. Cotter*
Leslie A. Cotter, Jr. (Fed ID. #320)
lcotter@richardsonplowden.com

P.O. Drawer 7788
Columbia, South Carolina 29202
Telephone: (803) 771-4440

*Attorney for Defendant Molly Spearman*

March 9, 2022

Columbia, South Carolina