IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| DISABILITY RIGHTS SOUTH CAROLINA, ABLE SOUTH CAROLINA, AMANDA McDOUGALD SCOTT, individually and on behalf of P.S., a minor; MICHELLE FINNEY, individually and on behalf of M.F., a minor; EMILY POETZ, individually and on behalf of L.P., a minor; SAMANTHA BOEVERS, individually and on behalf of P.B., a minor; TIMICIA GRANT, individually and on behalf of E.G., a minor; CHRISTINE COPELAND, individually and on behalf of L.C., a minor; HEATHER PRICE, individually and on behalf of H.P., a minor; and CATHY LITTLETON, individually and on behalf of Q.L., a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> MOLLY SPEARMAN, in her official capacity as State Superintendent of Education; GREENVILLE COUNTY SCHOOL DISTRICT; HORRY COUNTY SCHOOL DISTRICT; LEXINGTON COUNTY SCHOOL DISTRICT ONE; OCONEE COUNTY SCHOOL DISTRICT; DORCHESTER COUNTY SCHOOL DISTRICT TWO; CHARLESTON COUNTY SCHOOL DISTRICT; and PICKENS COUNTY SCHOOL DISTRICT, <br><br> Defendants. | C.A. No. 3:21-cv-02728-MGL <br><br><br><br><br><br><br><br><br><br><br><br> **JOINT STATUS REPORT** |

Counsel for the above-captioned parties respectfully submit this Status Report pursuant to

the Court's Order of July 18, 2022, (Docket Number 128). The parties respectfully request to be excused from the Court's mediation order because the parties have reached a preliminary agreement to resolve this matter without resort to mediation. Subject to formal approval by the parties, counsel will provide a supplemental report to the Court by August 1, 2022.

Respectfully submitted:

**HALLIGAN MAHONEY WILLIAMS SMITH FAWLEY & REAGLE, PA**

*s/John M. Reagle*
John M. Reagle, Fed I.D. No. 7723
jreagle@hmwlegal.com

Thomas K. Barlow, Fed. I.D. No. 7483
tbarlow@hmwlegal.com

Allison Aiken Hanna, Fed I.D. No. 7173
ahanna@hmwlegal.com

P.O. Box 11367
Columbia, South Carolina 29211
(803) 254-4035

*Attorneys for Defendants Greenville County School District, Horry County School District, Oconee County School District, Dorchester County School District Two, Charleston County School District, Pickens County School District*

**DUFF, FREEMAN, LYON, LLC**

*s/David N. Lyon*
David T. Duff (FED ID #623)
dduff@dfl-lawfirm.com

David N. Lyon (FED ID # 12095)
dlyon@dfl-lawfirm.com

P.O. Box 1486
Columbia, SC 29202
Telephone: (803) 790-0603
Facsimile: (803) 790-0605

*Attorneys for Lexington County School District One*

**WYCHE, P.A.**

<u>s/Rita Bolt Barker</u>
Rita Bolt Barker, Federal Bar No. 10566
rbarker@wyche.com

200 East Camperdown Way
Greenville, SC 29601
T: (864)242-8235 |Fax: (864) 235-8900

**AMERICAN CIVIL LIBERTIES UNION OF SOUTH CAROLINA**

<u>s/Allen Chaney</u>
Allen Chaney
Federal Bar No. 13181
P.O. Box 20998
Charleston, SC 29413
T: (843)-282-7953
E: achaney@aclusc.org

*Attorneys for Plaintiffs*

**RICHARDSON PLOWDEN & ROBINSON, P.A.**

<u>s/Leslie A. Cotter</u>
Leslie A. Cotter, Jr. (Fed ID. #320)
lcotter@richardsonplowden.com

P.O. Drawer 7788
Columbia, South Carolina 29202
Telephone: (803) 771-4440

*Attorney for Defendant Molly Spearman*

July 19, 2022
Columbia, South Carolina