# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| DISABILITY RIGHTS SOUTH CAROLINA, ABLE SOUTH CAROLINA, AMANDA McDOUGALD SCOTT, individually and on behalf of P.S., a minor; MICHELLE FINNEY, individually and on behalf of M.F., a minor; LYUDMYLA TSYKALOVA, individually and on behalf of M.A., a minor; EMILY POETZ, individually and on behalf of L.P., a minor; SAMANTHA BOEVERS, individually and behalf of P.B., a minor; TIMICIA GRANT, individually and on behalf of E.G., a minor; CHRISTINE COPELAND, individually and on behalf of L.C., a minor; HEATHER PRICE, individually and on behalf of H.P., a minor; and CATHY LITTLETON, individually and on behalf of Q.L., a minor, <br><br> *Plaintiffs*, <br><br> v. <br><br> MOLLY SPEARMAN, in her official capacity as State Superintendent of Education; GREENVILLE COUNTY SCHOOL DISTRICT; HORRY COUNTY SCHOOL DISTRICT; LEXINGTON COUNTY SCHOOL DISTRICT ONE; OCONEE COUNTY SCHOOL DISTRICT; DORCHESTER COUNTY SCHOOL DISTRICT TWO; CHARLESTON COUNTY SCHOOL DISTRICT; and PICKENS COUNTY SCHOOL DISTRICT, <br><br> *Defendants*. | Case No. 3:21-cv-02728-MGL <br><br><br><br> **SUPPLEMENTAL STATUS REPORT** |

Counsel for the above-captioned parties respectfully submit this Supplemental Status Report. The parties respectfully request to continue to be excused from the Court's mediation order, as well as other Scheduling Order deadlines, because the parties continue to pursue a preliminary agreement to resolve this matter without resort to mediation. Subject to formal approval by the parties, counsel will provide a supplemental report to the Court by September 1, 2022.

Respectfully submitted,

**WE SO MOVE:**

**WYCHE, P.A.**

s/*Rita Bolt Barker*
Rita Bolt Barker
Federal Bar No. 10566
200 East Broad Street, Suite 400
Greenville, SC 29601
T: (864) 242-8235 | Fax: (864) 235-8900
E: rbarker@wyche.com

**AMERICAN CIVIL LIBERTIES UNION OF SOUTH CAROLINA**

Allen Chaney
Federal Bar No. 13181
P.O. Box 20998
Charleston, SC 29413
T: (843) 282-7953
E: achaney@aclusc.org


**SOUTH CAROLINA APPLESEED LEGAL JUSTICE CENTER**

Adam Protheroe
Federal Bar No. 11033
P.O. Box 7187
Columbia, SC 29202
T: (803) 816-0607 | Fax: (803) 779-5951
adam@scjustice.org

**DISABILITY RIGHTS SOUTH CAROLINA**

B. Randall Dong (Fed. Ct. ID 5989)
Anna Maria Conner (Fed. Ct. ID 5532)
Amanda C. Hess (Fed. Ct. ID 10303)
3710 Landmark Dr., Suite 208
Columbia, SC 29204
T: (803) 782-0639
dong@disabilityrightssc.org
conner@disabilityrightssc.org
hess@disabilityrightssc.org

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

Louise Melling*
125 Broad St.
New York, NY 10004
T: (212) 549-2637
E: lmelling@aclu.org


Susan Mizner*
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-0781
E: smizner@aclu.org


**ARNOLD & PORTER KAYE SCHOLER LLP**

John A. Freedman*
601 Massachusetts Ave, NW
Washington, DC 20001
T: 202.942.5316
E: john.freedman@arnoldporter.com
*Motion to proceed *pro hac vice* forthcoming

*Attorneys for the Plaintiffs*

**WE SO CONSENT**:

*s/Cathy L. Hazelwood*
Cathy L. Hazelwood (Fed I.D. #5605)
Deputy Superintendent of Legal Affairs
**SOUTH CAROLINA DEPARTMENT OF EDUCATION**
1429 Senate Street, Suite 1015(A)
Columbia, South Carolina 29201
Email: chazelwood@ed.sc.gov
Telephone: (803) 734-8218

and

*s/Leslie A. Cotter, Jr.*
Leslie A. Cotter, Jr. (Fed I.D. #320)
**RICHARDSON PLOWDEN & ROBINSON, P.A.**
P.O. Drawer 7788
Columbia, South Carolina 29202
Email: lcotter@richardsonplowden.com
Telephone: (803) 771-4400

**ATTORNEYS FOR DEFENDANT MOLLY SPEARMAN, in her official capacity as State Superintendent of Education**


*s/John M. Reagle*
John M. Reagle, Fed. I.D. No. 7723
jreagle@hmwlegal.com
Thomas K. Barlow, Fed. I.D. No. 7483
tbarlow@hmwlegal.com
Allison Aiken Hanna, Fed I.D. No. 7173
ahanna@hmwlegal.com
HALLIGAN MAHONEY WILLIAMS SMITH
FAWLEY & REAGLE, PA
P.O. Box 11367
Columbia, South Carolina 29211
(803) 254-4035

*Attorneys for Defendants Greenville County School District,*
*Horry County School District, Oconee County School District*
*Dorchester County School District Two, Charleston County School District*
*Pickens County School District*

   *s/David N. Lyon*
David T. Duff (FED ID #623)
David N. Lyon (FED ID #12095)
DUFF, FREEMAN, LYON, LLC
P.O. Box 1486
Columbia, SC 29202
Telephone: (803) 790-0603
Facsimile: (803) 790-0605
Email: dduff@dfl-lawfirm.com
Email: dlyon@dfl-lawfirm.com

***Attorneys for Lexington County School District One***

August 1, 2022