# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| DISABILITY RIGHTS SOUTH CAROLINA, ABLE SOUTH CAROLINA, AMANDA McDOUGALD SCOTT, individually and on behalf of P.S., a minor; MICHELLE FINNEY, individually and on behalf of M.F., a minor; LYUDMYLA TSYKALOVA, individually and on behalf of M.A., a minor; EMILY POETZ, individually and on behalf of L.P., a minor; SAMANTHA BOEVERS, individually and behalf of P.B., a minor; TIMICIA GRANT, individually and on behalf of E.G., a minor; CHRISTINE COPELAND, individually and on behalf of L.C., a minor; HEATHER PRICE, individually and on behalf of H.P., a minor; and CATHY LITTLETON, individually and on behalf of Q.L., a minor, <br><br>       *Plaintiffs*, <br><br>   v. <br><br>MOLLY SPEARMAN, in her official capacity as State Superintendent of Education; GREENVILLE COUNTY SCHOOL DISTRICT; HORRY COUNTY SCHOOL DISTRICT; LEXINGTON COUNTY SCHOOL DISTRICT ONE; OCONEE COUNTY SCHOOL DISTRICT; DORCHESTER COUNTY SCHOOL DISTRICT TWO; CHARLESTON COUNTY SCHOOL DISTRICT; and PICKENS COUNTY SCHOOL DISTRICT, <br><br>       *Defendants*. | Case No. 3:21-cv-02728-MGL <br><br><br><br><br><br> **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Counsel for Plaintiffs and Defendants enter this *Stipulation of Dismissal without Prejudice* of the above-styled action with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

**WE SO MOVE:**

**WYCHE, P.A.**

s/*Rita Bolt Barker*
Rita Bolt Barker
Federal Bar No. 10566
200 East Broad Street, Suite 400
Greenville, SC 29601
T: (864) 242-8235 | Fax: (864) 235-8900
E: rbarker@wyche.com

**AMERICAN CIVIL LIBERTIES UNION OF SOUTH CAROLINA**

Allen Chaney
Federal Bar No. 13181
P.O. Box 20998
Charleston, SC 29413
T: (843) 282-7953
E: achaney@aclusc.org

**SOUTH CAROLINA APPLESEED LEGAL JUSTICE CENTER**

Adam Protheroe
Federal Bar No. 11033
P.O. Box 7187
Columbia, SC 29202
T: (803) 816-0607 | Fax: (803) 779-5951
adam@scjustice.org

**DISABILITY RIGHTS SOUTH CAROLINA**

B. Randall Dong (Fed. Ct. ID 5989)
Anna Maria Conner (Fed. Ct. ID 5532)
Amanda C. Hess (Fed. Ct. ID 10303)
3710 Landmark Dr., Suite 208
Columbia, SC 29204
T: (803) 782-0639
dong@disabilityrightssc.org
conner@disabilityrightssc.org
hess@disabilityrightssc.org

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**

Louise Melling*
125 Broad St.
New York, NY 10004
T: (212) 549-2637
E: lmelling@aclu.org

Susan Mizner*
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-0781
E: smizner@aclu.org

**ARNOLD & PORTER KAYE SCHOLER LLP**

John A. Freedman*
601 Massachusetts Ave, NW
Washington, DC 20001
T: 202.942.5316
E: john.freedman@arnoldporter.com
*Motion to proceed *pro hac vice* forthcoming

*Attorneys for the Plaintiffs*

**WE SO CONSENT**:

*s/Cathy Hazelwood*
Cathy L. Hazelwood (Fed I.D. #5605)
Deputy Superintendent of Legal Affairs
**SOUTH CAROLINA DEPARTMENT OF EDUCATION**
1429 Senate Street, Suite 1015(A)
Columbia, South Carolina 29201
Email: chazelwood@ed.sc.gov
Telephone: (803) 734-8218

and

*s/Leslie A. Cotter, Jr.*
Leslie A. Cotter, Jr. (Fed I.D. #320)
**RICHARDSON PLOWDEN & ROBINSON, P.A.**
P.O. Drawer 7788
Columbia, South Carolina 29202
Email: lcotter@richardsonplowden.com
Telephone: (803) 771-4400

**ATTORNEYS FOR DEFENDANT MOLLY SPEARMAN, in her official capacity as State Superintendent of Education**


*s/John Reagle*
John M. Reagle, Fed. I.D. No. 7723
jreagle@hmwlegal.com
Thomas K. Barlow, Fed. I.D. No. 7483
tbarlow@hmwlegal.com
Allison Aiken Hanna, Fed I.D. No. 7173
ahanna@hmwlegal.com
HALLIGAN MAHONEY WILLIAMS SMITH
FAWLEY & REAGLE, PA
P.O. Box 11367
Columbia, South Carolina 29211
(803) 254-4035

***Attorneys for Defendants Greenville County School District,
Horry County School District, Oconee County School District
Dorchester County School District Two, Charleston County School District
Pickens County School District***

   *s/David N. Lyon*
David T. Duff (FED ID #623)
David N. Lyon (FED ID #12095)
DUFF, FREEMAN, LYON, LLC
P.O. Box 1486
Columbia, SC 29202
Telephone: (803) 790-0603
Facsimile: (803) 790-0605
Email: dduff@dfl-lawfirm.com
Email: dlyon@dfl-lawfirm.com

***Attorneys for Lexington County School District One***

November 2, 2022