AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| DISABILITY RIGHTS SOUTH CAROLINA, ABLE SOUTH CAROLINA, AMANDA McDOUGALD SCOTT, individually and on behalf of P.S., a minor; MICHELLE FINNEY, individually and on behalf of M.F., a minor; LYUDMYLA TSYKALOVA, individually and on behalf of M.A., a minor; EMILY POETZ, individually and on behalf of L.P., a minor; SAMANTHA BOEVERS, individually and behalf of P.B., a minor; TIMICIA GRANT, individually and on behalf of E.G. a minor; CHRISTINE COPELAND individually and on behalf of L.C. a minor; HEATHER PRICE individually and on behalf of H.P. a minor; and CATHY LITTLETON individually and on behalf of Q.L. a minor,<br>*Plaintiffs*<br>v.<br>HENRY McMASTER, in his official capacity as Governor of South Carolina and ALAN WILSON, in his official capacity as Attorney General of South Carolina,<br>*Defendants* | )<br>)<br>)<br>)<br>)<br><br>Civil Action No.　3:21-cv-02728-MGL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ the plaintiffs, Disability Rights South Carolina; Able South Carolina; Amanda McDougald Scott, individually and on behalf of P.S., a minor; Michelle Finney, individually and on behalf of M.F., a minor; Lyudmyla Tsykalova, individually and on behalf of M.A., a minor; Emily Poetz, individually and on behalf of L.P., a minor; Samantha Boevers, individually and behalf of P.B., a minor; Timicia Grant, individually and on behalf of E.G. a minor; Christine Copeland individually and on behalf of L.C. a minor; Heather Price individually and on behalf of H.P. a minor; and Cathy Littleton, individually and on behalf of Q.L. a minor, take nothing of the defendants, Henry McMaster, in his official capacity as Governor of South Carolina, and Alan Wilson, in his official capacity as Attorney General of South Carolina, and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary Geiger Lewis, US District Judge, presiding. The Court having dismissed the defendants for lack of standing.

Date:  November 2, 2022                                              ROBIN L. BLUME, CLERK OF COURT

                                                                                         s/Charles L. Bruorton
                                                                                   _____
                                                                                   *Signature of Clerk or Deputy Clerk*